**WI–FI ONE, LLC, Appellant**

v.

**BROADCOM CORPORATION, Appellee**

**2015-1945**

United States Court of Appeals, Federal Circuit.

September 16, 2016

Douglas Aaron Cawley, McKool Smith, PC, Dallas, TX, argued for appellant. Also represented by Donald Puckett, Nelson Bumgardner PC, Fort Worth, TX; Peter J. Ayers, Lee & Hayes, PLLC, Austin, TX.

Kevin Goldman, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellee. Also represented by Dominic E. Massa, Zachary Piccolomini, Katie Saxton.

**JUDGMENT**

Per Curiam (Dyk, Bryson, and Reyna, Circuit Judges).

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**WI–FI ONE, LLC, Appellant**

v.

**BROADCOM CORPORATION, Appellee**

**2015–1946**

United States Court of Appeals, Federal Circuit.

September 16, 2016

Douglas Aaron Cawley, McKool Smith, PC, Dallas, TX argued for appellant. Also represented by Donald Puckett, Nelson Bumgardner PC, Fort Worth, TX; Peter J. Ayers, Lee & Hayes, PLLC, Austin, TX.

Dominic E. Massa, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellee. Also represented by Katie Saxton, Kevin Goldman, Zachary Piccolomini.

**JUDGMENT**

Per Curiam (Dyk, Bryson, and Reyna, Circuit Judges).

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**